

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Charles Floyd Duquette Jr.,         * From the 42nd District Court
of Coleman County,
Trial Court No. CR03106.

Vs. No. 11-22-00066-CR         * October 13, 2022

The State of Texas,         * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has considered Charles Floyd Duquette Jr.'s motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.